# United States Court of Appeals

FOR THE
SECOND CIRCUIT

───────

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of January, two thousand twenty-five.

Present:
      Steven J. Menashi,
         *Circuit Judge*.

──────────────────────────────────────

Avalon Holdings Corporation,

          *Plaintiff-Appellee*,

      v.                                     24-999

Guy Gentile,

          *Defendant-Appellant*,

MintBroker International, Ltd., John Does 1 thru 10,

          *Defendants*.

──────────────────────────────────────

New Concept Energy, Inc.,

          *Plaintiff-Appellee*,

      v.                                    24-1002

Guy Gentile,

          *Defendant-Appellant*,

MintBroker International, Ltd.,

          *Defendant*.

──────────────────────────────────────

The Appellees in the above-captioned appeals move for the appeals to be dismissed or, in the alternative, stayed because the Appellant has absconded and his attorney is acting without instructions or communications from the Appellant. Upon due consideration, it is hereby ORDERED that the motions are DENIED without prejudice to the Appellees renewing their arguments for dismissal in their merits briefs, based on legal authority and the record.

The briefs of Appellees shall be filed within 30 days from the date of this order.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2