# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of March, two thousand twenty-five.

Before:    Maria Araújo Kahn,
              *Circuit Judge.*

_____

| | |
|---|---|
| Avalon Holdings Corporation, New Concept Energy, Inc., | **ORDER** |
|     Plaintiff - Appellees, | Docket Nos. 24-999(L), 24-1002(Con) |
| v. | |
| Guy Gentile, | |
|     Defendant - Appellant, | |
| MintBroker International, Ltd., | |
|     Defendant. | |

_____

    Appelleee Avalon Holdings Corporation moves to amend the caption to conform with the caption listed above.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                              For the Court:

                              Catherine O'Hagan Wolfe,
                              Clerk of Court